IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRYAN HULL and<br>ANGELIQUE HULL,<br><br>　　Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC and<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR THE REGISTERED<br>HOLDERS OF AEGIS ASSET-BACKED<br>SECURITIES TRUST MORTGAGE<br>PASS-THROUGH CERTIFICATES<br>SERIES 2005-4,<br><br>　　Defendants. | §§§§§§§§§§§§§§§ | No. 3:12-cv-1098-M (BF) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 29, 2014, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**SO ORDERED** this 20th day of February, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS